THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT
BE CITED OR RELIED ON AS PRECEDENT 
 IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), 
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Julius Munn,       
Appellant.
 
 
 

Appeal From Charleston County
A. Victor Rawl, Circuit Court Judge

Unpublished Opinion No. 2004-UP-273
Submitted February 23, 2004  Filed 
 April 20, 2004

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia, 
 for Appellant.
Attorney General Henry Daragan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Appellant pled guilty but mentally 
 ill to assault with intent to commit criminal sexual conduct in the first degree 
 and assault and battery with intent to kill.  He was sentenced to thirty years 
 in prison.  Pursuant to Anders v. California, 386 U.S. 738 (1967), appellants 
 counsel attached a petition to be relieved.  Appellant did not file a pro 
 se response.  
After review of the record pursuant to Anders v. California, 
 386 U.S. 738 (1967) and State v. Williams,  305 S.C. 116, 406 S.E.2d 
 357 (1991), we dismiss this appeal and grant counsels petition to be relieved. 
 [1] 
 APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.